

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| SERGIO VASQUEZ | 3-23CR0020-L |

## INDICTMENT

The Grand Jury charges:

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1))

On or about November 16, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Sergio Vasquez**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

<u>Count Two</u>
Possession of a Firearm in
Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about November 16, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Sergio Vasquez**, did knowingly possess a firearm, to wit: a Glock, Model 19, 9-millimeter caliber pistol, bearing serial number XVV073, in furtherance of the commission of a drug trafficking crime, namely, possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), as alleged in Count One of this indictment, for which the defendant may be prosecuted in a court of the United States

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Forfeiture Notice
(21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One and/or Count Two of this Indictment and pursuant to 21 U.S.C. § 853(a), **Sergio Vasquez**, the defendant, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the respective offense, including but not limited to the following:

(1) Glock, Model 19, 9-millimeter caliber pistol, bearing serial number XVV073 and any ammunition, magazines, and/or accessories

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ABE MCGLOTHIN, JR.
Mississippi Bar No. 104247
Assistant United States Attorney
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8760
Facsimile: 214-659-8700
Email: abe.mcglothin@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

SERGIO VASQUEZ

INDICTMENT

21 U.S.C. § 841(a)(1)
Possession with Intent to Distribute a Controlled Substance
(Count 1)

18 U.S.C. § 924(c)(1)(A)(i)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Count 2)

21 U.S.C. § 853(a)(1) and (2)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                                                FOREPERSON

Filed in open court this __18__ day of January, 2023.

---

**Warrant to be Issued - In State Custody**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:22-MJ-1090